FILED
IN CLERKS OFFICE

2012 SEP 10 P 2:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

**PLAINTIFF:** Manson Brown

V.

**DEFENDANTS:** Joseph Pete
Curtis Cinelli
Thomas Brown

CIVIL ACTION
NO. _____

## COMPLAINT

### Parties

1. Plaintiff: Manson Brown / Souza-Baranowski Correctional Center a resident of Boston, Ma. and a citizen of the United States.

2. Defendant: Joseph Pete / Department of Correction Fugitive Apprehension Unit. 50 Maple Street-suite 3 Milford, Ma. 01757

3. Defendant: Curtis Cinelli / Mass State Police Violent Apprehension Section. 450 Wocester Rd. Framingham, Ma. 01702

4. Defendant: Thomas Brown / Dekalb County Sheriff. 4415 Memorial Drive; Decatur, Ga. 30032

### JURISDICTION

5. This court has jurisdiction over this matter pursuant to U.S.C. § 1332.

5. On January 12th 2010, Tpr.Cinelli and Lt.Pete came to the dekalb county jail to bring the plaintiff back to Massachusetts. the plaintiff was search and secured in hand and leg restraints before being escorted out of the building. But before exiting the building the plaintiff was taking to another section of the building to where there were several of the sheriff deputys stationed. one of the sheriff deputys (john doe) and Tpr.Cinelli pull out their cell-phones and snap pictures of themselves with the plaintiff.

6. On the way out to the vehicle, but not by way of the sally-port in which the plaintiff was brought into the facility. but instead he was escorted straight out the lobbys front door. where the plain-tiff notice the camera and covered his head with the hoodie he had on. Tpr.Cinelli then reach over and snatch it off the plaintiff head. the plaintiff at that time realized that they were setting him up for the camera and duck down to shield himself. But both Lt. pete and Tpr.Cinelli try to lift him up so that he would be facing the camera. and at that point you can hear the plaintiff make a comment on video tape saying, " you ain't gonna get your shine off me." and in the background you can hear several of the sheriff deputys laughing.

## LEGAL CLAIM

7. In paragraph 6-7 Tpr.Cinelli took pictures of the plaintiff with his cell-phone like the plaintiff was a prize catch. a intrusion of the plaintiff privacy and personal rights which is a violation of the 4th amendment ( the right of the people to be secure within their person) and the 8th amendment (cruel and unusual punishment) which is a due process violation as well. In paragraph 7-5 Tpr.Cinelli intentionally reach over and maliciously snatch the hood off the plaintiff head to expose him to the camera. Now thats a clear violation of the plaintiff 4th, 8th, and due process of the 14th amendment rights of the U.S. constitution. In paragraph 7-8 both Lt.pete and Tpr.Cinelli participated in trying to stand the plaintiff upstraight so that he would be facing the camera. a clear violation of his rights and privacy.

8. In paragraph 6-7 one of the sheriff deputy (john doe) pull out his cell-phone to take a picture of the plaintiff with the Mass Apprehension Unit, Tpr.Cinelli. for personal gory. Both Lt.Pete and Tpr. Cinelli actions made it clear and obvious that the whole event was conducted in a manner that cause humiliation and inflicted emotioal distress on the plaintiff. All parties involed force the plaintiff to undergo what is known as a "STAGED PERP WALK" violating his 4th, 8th and 14th amendments to the U.S. constitution.

## PRAYERS FOR RELIEF

WHEREFORE: Plaintiff respectfully seeks that this court award plaintiff the following relief.

1. Compensatory damages in the amount of fifty thousand dollars ($50.000.oo) from each of the defendants, a total amount of one hundred thousand and fifty thousand dollars ($150.000.oo)

2. Reasonable cost and fees, included, but not limited to attorney fees and postage.

3. Any and all other relief that the court deems just.

4. Plaintiff demands a trial by jury.

Respectfully Submitted
By Pro Se Plaintiff

*Manson Brown*
Mr. Manson Brown W-85150
Souza-Baranowski Correctional cnt.
1 harvard Rd. / P.O. Box 8000
Shirley, Ma. 01464