UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MANSON BROWN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 12-11687-JLT |
| | * | |
| JOSEPH PEPE, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

July 17, 2013

TAURO, J.

After considering the parties' Objections [#58, #59], this court ACCEPTS and ADOPTS the June 25, 2013, Report and Recommendation [#55] of Chief Magistrate Judge Sorokin. For the reasons set forth in the Report and Recommendation, this court hereby orders that:

1. Defendant Pepe's Motion to Dismiss [#36], as joined by Defendants Cinelli and Brown at the June 21 Status Conference, is ALLOWED.

2. Plaintiff's claims against Defendants Pepe, Cinelli, and Brown are dismissed without prejudice.

3. Plaintiff's Motion to Appoint Counsel [#45] is DENIED.

4. This case is CLOSED.

IT IS SO ORDERED.

  /s/ Joseph L. Tauro
United States District Judge